*WO*

## UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Francisco German Rios-Jaramillo, )<br>)<br>        Petitioner, )<br>) <br>   vs. )<br>)<br>United States of America, )<br>)<br>        Respondent. )<br>_____) | JUDGMENT IN A CIVIL CASE<br><br>Case:  06-CV-0024-TUC-FRZ<br>       05-CR-1597-TUC-FRZ |

X   **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that Petitioner's § 2255 Motion (U.S.D.C. document #19 in CR-05-1597-TUC-FRZ) is **DENIED** and this case (CV-06-24-TUC-FRZ) is **DISMISSED**.


January 26, 2006                    RICHARD H. WEARE
Date                                CLERK


                                    *S/ M.  Michelle Mejia*

                                         M.  Michelle Mejia
                                            Deputy Clerk


Copies to:
J/B, FRZ, Rios-Jaramillo, all Counsel